In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00139-CV**

_____

**FLUOR ENTERPRISES, INC., Appellant**

**V.**

**KEVIN GOATS, LORI GOATS AND AFSHIN "SEAN" FARSHAD,
Appellees**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-198,294**

**MEMORANDUM OPINION**

On June 27, 2018, we abated this accelerated appeal and remanded the case to the trial court for further proceedings to effectuate the parties' settlement agreement. On July 19, 2018, Fluor Enterprises, Inc., Appellant, and Kevin Goats, Lori Goats and Afshin "Sean" Farshad, Appellees, filed a joint motion to reinstate and dismiss the appeal in accordance with the parties' settlement agreement.

We grant the parties' joint motion, reinstate the appeal, and dismiss the accelerated appeal in accordance with the parties' settlement agreement.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on August 15, 2018
Opinion Delivered August 16, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.